UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA KEMP                           Plaintiff            CASE NO. 08 CIV 4107

-against-                                                    **Affidavit of** Service

ASCEND HEALTH CORPORATION, RICHARD
KRESCH, an individual
THE RIVER SCHOOL, and
JANE KRESCH, an individual

_____Defendants(s)_____ SS:

STATE OF NEW YORK, COUNTY OF KINGS

SCHADRAC LAGUERRE                                            being duly sworn,

deposes and says that deponent is not a party to this action, is over 18 years of age and resides at     NEW YORK CITY

That on the   14th        **day of**   May, 2008        **at** 12:38 P.M.
              280 Madison Avenue, suite 305, New York, NY 10016

deponent **served the annexed** Summons in a Civil Action and Complaint     upon
Ascend Health Corporation, by serving "JANE" Angelina, managing agent, authorized to accept service, female, brown skin, black hair, 38 years old. 5'5", 150 lbs.

Sworn to before me,

May 16, 2008

*[signature]*
KEAYA L. BRIDGES
Commissioner of Deeds
City of New York No. 2-12730
Certificate Filed in Kings County
Commission Expires June 1, 2009

SCHADRAC LAGUERRE #1021952