UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA KEMP

                Plaintiff        CASE NO. 08 CIV 4107

  -against-

ASCEND HEALTH CORPORATION, RICHARD      **Affidavit of** Service
KRESCH, an individual
THE RIVER SCHOOL, and
JANE KRESCH, an individual

                        Defendants(s)

STATE OF NEW YORK, COUNTY OF KINGS    SS:

SCHADRAC LAGUERRE             being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at NEW YORK CITY

That on the 15th **day of** May, 2008 at 1:45 P.M.
75 West End Avenue, New York, NY 10023
%The River School

deponent served the annexed Summons in a Civil Action and Complaint upon Jane Kresch, by serving "BETTY" Ortiz, a co-worker, authorized to accept service, female, brown skin, brown hair, 33 years old, 5'7", 160 lbs. Your deponent mailed a copy of the documents to Jane Kresch, to her actual place of employment, by regular first class mail. Mailed from an Official Depository under the exclusive care and custody of the U.S. Postal Service on May 16, 2008, said envelope bore the legend "Personal & Confidential". Said envelope was mailed to Jane Kresch %The River School, 75 West End Avenue, New York, NY 10023

Sworn to before me,
May 16, 2008

                                          SCHADRAC LAGUERRE #1021952

KEZIA L. BRIDGES
Commissioner of Deeds
City of New York No. 2-12730
Certificate Filed in Kings County
Commission Expires June 1, 2009