UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTINA KEMP  Plaintiff | CASE NO. 08 CIV 4107 |
| -against-  ASCEND HEALTH CORPORATION, RICHARD KRESCH, an individual THE RIVER SCHOOL, and JANE KRESCH, an individual  Defendants(s) | **Affidavit of** Service |

STATE OF NEW YORK, COUNTY OF KINGS    SS:

SCHADRAC LAGUERRE    being duly sworn,

deposes and says that deponent is not a party to this action, is over 18 years of age and resides at    NEW YORK CITY

That on the    14th    day of    May, 2008    at 12:38 P.M.
280 Madison Avenue, suite 305, New York, NY 10016
%Ascend Health Corporation

deponent served the annexed    Summons in a Civil Action and Complaint    upon Richard Kresch, by serving "JANE" Angelina, a co-worker, authorized to accept service, female, brown skin, black hair, 38 years old, 5'5", 150 lbs. Your deponent mailed a copy of the documents to Richard Kresch, to his actual Place of employment, by regular first class mail. Mailed from an Official Depository under the exclusive care and custody of the U.S. Postal Service on May 16, 2008, said envelope bore the legend "Personal & Confidential". Said envelope was mailed to Richard Kresch %Ascend Health Corporation, 280 Madison Avenue, suite 305, New York, NY 10016.

Sworn to before me,
May 16, 2008

SCHADRAC LAGUERRE #1021952

KEZIA L. BRIDGES
Commissioner of Deeds
City of New York No. 2-12730
Certificate Filed in Kings County
Commission Expires June 1, 2009