UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA KEMP

       Plaintiff    CASE NO. 08 CIV 4107

-against-

ASCEND HEALTH CORPORATION, RICHARD KRESCH, an individual
THE RIVER SCHOOL, and
JANE KRESCH, an individual

       Defendants(s)

**Affidavit of** Service

STATE OF NEW YORK, COUNTY OF KINGS    SS:

SCHADRAC LAGUERRE being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at NEW YORK CITY

That on the 15th day of May, 2008 at 1:45 P.M.
75 West End Avenue, New York, NY 10023

deponent served the annexed Summons in a Civil Action and Complaint upon The River School, by serving "BETTY" Ortiz, managing agent, authorized to accept service, female, brown skin, black hair, 33 years old, 5'7", 160 lbs.

Sworn to before me,
May 16, 2008

SCHADRAC LAGUERRE #1021952

KEZIA L. BRIDGES
Commissioner of Deeds
City of New York No. 2-12730
Certificate Filed in Kings County
Commission Expires June 1, 2009

MAY 23 2008