Swain, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

CRISTINA KEMP,

                     Plaintiff,

-against-

ASCEND HEALTH CORPORATION,
RICHARD KRESCH, an individual,
THE RIVER SCHOOL, and
JANE KRESCH, an individual,

                     Defendants.
----------------------------------------x

Civ. No.: 08-CV-4107 (LTS)(JMM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 5 2008

### STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, that Defendants shall have an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including June 24, 2008.

Dated: May 22, 2008        By: _____
                                            Troy L. Kessler, Esq.

MISIANO SHULMAN CAPETOLA & KESSLER, LLP
510 Broadhollow Road, Suite 110
Melville, New York 11747
*Attorneys for Plaintiff*

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601, 15th Floor
*Attorneys for Defendants*

Dated: May 30, 2008        By: _____
                                            Joseph M. Martin

SO ORDERED.
Dated: June 4, 2008                        _____
                                               Hon. Laura T. Swain