

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CRISTINA KEMP,

                Plaintiff,

-against-

ASCEND HEALTH CORPORATION,
RICHARD KRESCH, an individual,
THE RIVER SCHOOL, and
JANE KRESCH, an individual,

                Defendants.
-----------------------------------------------------------x

Civ. No.: 08-CV-4107 (LTS)(JMM)

### STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, that Defendants shall have a further extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including July 17, 2008.

|  |  |
|---|---|
|  | MISIANO SHULMAN CAPETOLA & KESSLER, LLP<br>510 Broadhollow Road, Suite 110<br>Melville, New York 11747<br>*Attorneys for Plaintiff* |
| Dated: June 20, 2008 | By: _____<br>Troy L. Kessler, Esq. |
|  | JACKSON LEWIS LLP<br>One North Broadway<br>White Plains, New York 10601, 15th Floor<br>*Attorneys for Defendants* |
| Dated: June 23, 2008 | By: _____<br>Joseph M. Martin |

SO ORDERED.

Dated: June 24, 2008

_____
Hon. Laura T. Swain